STATE OF MINNESOTA                                    DISTRICT COURT

COUNTY OF HENNEPIN                          FOURTH JUDICIAL DISTRICT
                                                      Case Type: Employment

---

Michael Janish,                                Case No. _____

        Plaintiff,

v.                                             **NOTICE OF FILING OF NOTICE OF
                                               AND PETITION FOR REMOVAL**

Metropolitan Council; and Joan Hollick (in
her individual capacity),

        Defendants.

---

Please take notice that, pursuant to 28 U.S.C. 1446(d), Defendants Metropolitan Council and Joan Hollick have filed a Notice of Removal of the above-captioned action to the United States District Court for the District of Minnesota. A copy of the Notice of Removal filed with respect to this action is attached hereto as Exhibit 1.


Dated: November 29, 2023                 **s/Susan E. Ellingstad**
                                         Susan E. Ellingstad, MN #0243346
                                         David J. Zoll, MN #0330681
                                         R. David Hahn, MN #0401262
                                         **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
                                         100 Washington Ave. South, Suite 2200
                                         Minneapolis, MN 55401
                                         Telephone: (612) 339-6900
                                         Fax: (612) 339-0981
                                         seellingstad@locklaw.com
                                         djzoll@locklaw.com
                                         rdhahn@locklaw.com

                                         **ATTORNEYS FOR DEFENDANTS
                                         METROPOLITAN COUNCIL AND JOAN
                                         HOLLICK**